**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

YOGA RAM,

      Petitioner,

    v.

WARDEN OF THE DESERT VIEW ANNEX DETENTION FACILITY, et al.

      Respondent.

No. 5:26-cv-0665-CV-DSR

**ORDER ACCEPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus, Respondents' Answer, the Report and Recommendation of the United States Magistrate Judge, and the Court's file and record in this case.  No objections to the Report and Recommendation have been timely filed. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that the Petition for Writ of Habeas Corpus is GRANTED and:

(A) Respondents shall immediately release Petitioner **YOGA RAM (A-246-776-236)** from custody, reinstate his release under the same conditions that were in place before his detention in January 2026, and return any personal property and documents seized at the time of his detention;

(B) Respondents shall also provide Petitioner with a copy of this Order at or near the time of release;

(C) within three days of this Order, Respondents shall file a Notice of Release confirming Petitioner's release and return of his personal property and documents; and

(D) Respondents shall not re-detain Petitioner absent compliance with constitutional protections, which include, at a minimum, a pre-deprivation hearing at which Respondents bear the burden of demonstrating that there has been a material change in circumstances justifying revocation of Petitioner's ROR and re-detention of Petitioner.

DATED: June 12, 2026    *Cynthia Valenzuela*
HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2