JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

YOGA RAM,

          Petitioner,

      v.

WARDEN OF THE DESERT VIEW
ANNEX DETENTION FACILITY, et al.

      Respondent.

No. 5:26-cv-0665-CV-DSR

**JUDGMENT**

    Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS HEREBY ORDERED AND ADJUDGED that the Petition for Writ of Habeas Corpus is granted, and that judgment is entered in favor of Petitioner and against Respondents. The Order constitutes final disposition of the Petition by the Court.

DATED: June 12, 2026          _Cynthia Valenzuela_

                        HON. CYNTHIA VALENZUELA
                        UNITED STATES DISTRICT JUDGE